UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN BOYKIN,<br><br>  Plaintiff,<br><br>  v.<br><br>RADNET, INC. DBA DIAGNOSTIC RADIOLOGICAL IMAGING MEDICAL GROUP and Does 1-10 Inclusive,<br><br>  Defendants. | Case: 2:15-CV-00514-JAM-DAD<br><br>**ORDER RE:<br>JOINT STIPULATION FOR DISMISSAL PURSUANT TO Fed.R.Civ.P. 41 (a) (1)** |

**ORDER**

Having read the stipulation of the parties and good cause appearing therefore, this action is hereby ordered dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

DATED: September 28, 2015        /s/ John A. Mendez
                                 Hon. John A. Mendez
                                 United States District Judge

1

Order re: Joint Stipulation for Dismissal     Case: 2:15-CV-00514-JAM-DAD